UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER A. PERKINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br><br>　　　　　Defendant. | Case No. 13-cv-02640-JST<br><br>**ORDER TO ISSUE SUMMONS AND SERVE COMPLAINT**<br><br>Re: ECF No. 4 |

　　　　The Court granted Perkins' motion to proceed in forma pauperis. ECF No. 4. Accordingly, the Clerk shall issue summons and the United States Marshal shall serve the complaint and a copy of this order on Defendant.

　　　　**IT IS SO ORDERED**.

Dated: July 12, 2013

_____
JON S. TIGAR
United States District Judge