1   HARVEY P. SACKETT (72488)

2   **S A C K E T T**
    **AND ASSOCIATES**
    A PROFESSIONAL LAW CORP.

3   1055 Lincoln Avenue
    Post Office Box 5025
4   San Jose, California 95150-5025
5   Telephone: (408) 295-7755
    Facsimile:  (408) 295-7444

6

7   Attorney for Plaintiff

8

9

10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14

15

16   CHRISTOPHER A. PERKINS,          )   Case No:  3:13-cv-2640 JST
                                      )
17              Plaintiff,            )
                                      )
18   v.                              )   STIPULATION AND  ~~PROPOSED~~ ORDER
                                      )
19   CAROLYN W. COLVIN,              )
     Acting Commissioner,            )
20   Social Security Administration,  )
                                      )
21              Defendant.            )
                                      )
22   _____)

23

24        Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1)

25   Plaintiff shall have a first extension of time of (60) days up through and including Friday, January

26   17, 2014 in which to e-file his Motion for Summary Judgment; and (2) Defendant shall file any

27   opposition, including cross-motions, on or before February 14, 2014.  This extension is

28

1  necessitated by the number of cases (6) the firm presently has pending before this and other

2  district courts that require briefing.

3                                          MELINDA L. HAAG
                                           United States Attorney
4

5  Dated: November 18, 2013               /s/_____
6                                          ASIM H. MODI
7                                          Special Assistant U.S. Attorney
                                           Social Security Administration
8

9

10

11 Dated: November 18, 2013               /s/_____
                                           HARVEY P. SACKETT
12                                         Attorney for Plaintiff
                                           CHRISTOPHER A. PERKINS
13

14

15
   IT IS SO ORDERED.
16

17

18 Dated: November 19, 2013

19                                         HON. JON S. TIGAR
                                           United States District Judge
20

21

22

23

24

25

26

27

28

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORPORATION
1055 Lincoln Avenue
Post Office Box 5025
San Jose, CA 95150-5025
Phone (408) 295-7755

STIPULATION AND ~~PROPOSED~~ ORDER        2