HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER A. PERKINS, | ) Case No:  3:13-cv-2640 JST |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION AND ~~PROPOSED~~ ORDER |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner, | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have a first extension of time of (60) days up through and including Friday, January 17, 2014 in which to e-file his Motion for Summary Judgment; and (2) Defendant shall file any opposition, including cross-motions, on or before February 14, 2014.  This extension is

necessitated by the number of cases (6) the firm presently has pending before this and other district courts that require briefing.

        MELINDA L. HAAG
        United States Attorney

Dated: November 18, 2013        /s/
        ASIM H. MODI
        Special Assistant U.S. Attorney
        Social Security Administration

Dated: November 18, 2013        /s/
        HARVEY P. SACKETT
        Attorney for Plaintiff
        CHRISTOPHER A. PERKINS

IT IS SO ORDERED.

Dated: November 19, 2013
        HON. JON S. TIGAR
        United States District Judge

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORPORATION
1055 Lincoln Avenue
Post Office Box 5025
San Jose, CA 95150-5025
Phone (408) 295-7755

STIPULATION AND ~~PROPOSED~~ ORDER    2