UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER A. PERKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>    Defendant. | Case No.   13-cv-02640-JST<br><br>**ORDER TO SHOW CAUSE** |

In this action arising out of the Commissioner of Social Security's denial of social security benefits, Plaintiff Perkins was required to file a motion for summary judgment by November 18, 2013.  See ECF No. 2.  At the parties' request, the Court extended this deadline by 60 days to January 17, 2014.  See ECF No. 14.  On January 16, 2014, the parties filed a second stipulated request for a 30-day extension, which the Court denied the next day.  ECF No. 16.  As of the date of this order, Perkins has not filed a motion for summary judgment.  Accordingly, by February 6, 2014, Perkins shall show cause, in writing, why this action should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated:  January 23, 2014

_____
JON S. TIGAR
United States District Judge